O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JEROME LOVE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KELLY HARRINGTON, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 11-10654 DDP (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of JAMES JEROME LOVE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

　　　　DATED: June 11, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE